UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DOROTHY JAVIER,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTRYWIDE KB HOME LOANS, et al.,<br><br>    Defendants. | 2:09-cv-0568-LDG-PAL<br><br>**ORDER** |

Plaintiff Dorothy Javier has filed a motion for reconsideration of this court's December 28, 2009, order granting defendants' motion to dismiss (#17, response #19, supplement #20, reply #21). As defendants argue in opposition to the motion for reconsideration, plaintiff has presented no new evidence or change in controlling law as required by a motion for relief under Fed. R. Civ. P. 59(e) or 60(b). Plaintiff has not shown that the court erred in dismissing each of plaintiff's claims, and her new argument involving MERS fails as no such ground was alleged in the complaint. Accordingly,

THE COURT HEREBY ORDERS that plaintiff's motion for reconsideration (#17) is DENIED.

THE COURT FURTHER ORDERS that defendants' motion for hearing (#22) is DENIED as moot.

Dated this ____ day of September, 2010.

_____
Lloyd D. George
United States District Judge